[No. 28219-1-I.  Division One.  July 26, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN MICHAEL WESTPHAL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-03416-6, Robert E. Dixon, J., entered March 25, 1993. *Affirmed* by unpublished per curiam opinion.

[No. 28878-4-I.  Division One.  July 26, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. DAIMA ROSS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-01028-1, Jerome M. Johnson, J., entered July 31, 1991. *Affirmed* by unpublished per curiam opinion.

[No. 27400-7-I.  Division One.  July 26, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. BRUCE RASMUSSEN, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 84-1-00271-1, David A. Nichols, J., entered November 30, 1990. *Affirmed* by unpublished opinion per Webster, C.J., concurred in by Forrest and Agid, JJ.

[No. 30084-9-I.  Division One.  July 26, 1993.]

THE STATE OF WASHINGTON, *Appellant*, v. WILLIAM ROY WALTY, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 91-1-01330-1, John F. Wilson, J., entered January 27, 1992. *Reversed* by unpublished opinion per Webster, C.J., concurred in by Coleman and Baker, JJ.